THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 The State, Respondent,
 v.
 Richard
 Singleton, Appellant.
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2008-UP-467
 Submitted August 1, 2008  Filed August 8,
2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Richard Singleton was convicted of one count of
 possession of crack cocaine and sentenced to ten years imprisonment. 
 Singleton appeals his conviction, arguing the circuit court erred in sentencing
 him under a law that was no longer in effect.  Singletons counsel attached to
 the final brief a petition to be relieved as counsel pursuant to Anders v.
 California, 386 U.S. 738 (1967), stating she had reviewed the record and
 concluded this appeal lacked merit.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Singletons appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.